Priority —
Send ✓
Enter ✓
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO VALDEZ, | Case No. ED CV 07-1164-PSG (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| KEN CLARK, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/19/08

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\VALDEZ, A 1164\Judgment.wpd